IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ANTWARD ALASHAUNDRA BARNES,

      Appellant,

 v.

                                 Case No.  5D21-1680
                                 LT Case No. 59-2020-CF-000133-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed October 4, 2022

Appeal from the Circuit Court
for Seminole County,
Marlene M. Alva, Judge.

Matthew J. Metz, Public Defender, and
Andrew Clayton Mich, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT C.J., WALLIS and EDWARDS, JJ., concur.